NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
　　　Social Security Administration
　　　160 Spear Street, Suite 800
　　　San Francisco, CA  94105
　　　Telephone: (415) 977-8928
　　　Facsimile: (415) 744-0134
　　　Email: Marla.Letellier@ssa.gov
Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATANEH FARMANI,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ANDREW SAUL, Commissioner of<br>Social Security,<br><br>　　　　Defendant. | No. 8:19-cv-02366-SP<br><br>JUDGMENT OF REMAND |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.



DATED:  <u>August 21, 2020</u>       _____

HON. SHERI PYM
UNITED STATES MAGISTRATE JUDGE

Proposed Order re Stipulation for Extension of Briefing Schedule

1